# EXHIBIT 1



U.S. Department of State
# BIRTH AFFIDAVIT
Attention: Read WARNING INSTRUCTIONS on Page 2

OMB CONTROL NO. 1405-0132
OMB EXPIRATION DATE: 07-31-2020
ESTIMATED BURDEN: 40 MINUTES

PURPOSE A birth affidavit may be submitted (with an application for a U.S. passport) when an acceptable birth certificate cannot be obtained for a person born in the United States. The affidavit must be accompanied by a photocopy of the front and back side of the affiant's identification and, when applicable, a notice from the appropriate authorities indicating that no birth record exists. A birth affidavit may also be submitted in conjunction with other birth records. A birth affidavit must be made by an individual who has personal knowledge of the facts of the applicant's birth in the United States; it is preferred that the affidavit is made by an older blood relative or by the attending physician. The affidavit must be signed in front of a notary, unless it is being submitted to an authorized Passport Agent or Passport Acceptance Agent. The affidavit shall state briefly how the affiant's knowledge was acquired. Requests for copies of this affidavit should be made at the time of execution.

**1. Name of Applicant Whose Birth in the United States is to Be Proved**

| | | **2. Applicant's Sex** |
|---|---|---|
| Last Baldovinos | Suffix (Jr.,Sr.,III) | ☑ Male |
| First Fidelmar | Middle | ☐ Female |

**3. Applicant's Date of Birth**

[redacted]

**4. Applicant's Place of Birth** (City and State)

Bartow, Polk County, Florida

**5. Applicant's Current Home Address**

| Street 3302 Garden Valley Road | | Apartment/Unit |
|---|---|---|
| City Tyler | State Texas | Zip Code 75702 |

| **6. Number of years you have known the applicant** | **7. Your relationship to the applicant OR the basis of your knowledge regarding the applicant** |
|---|---|
| 42 years | Mother |

**8. State all the facts you know about the applicant's birth. The detailed statement should include the date/time/locaton of applicant's birth, individuals present, and any other first-hand knowledge of the event or how you obtained knowledge of the event. List the names of the applicant's birth parents and your relationship to the applicant and/or birth parents. (Attach a seperate sheet of paper if more space is needed.)**

Flavia Baldovinos = mother
Francisco Baldovinos = father [redacted]

**STOP! YOU MUST SIGN THIS FORM IN FRONT OF A PASSPORT AGENT, ACCEPTANCE AGENT, OR NOTARY PUBLIC.**

NOTE: A clear photocopy of the front and back of the identification you presented to the notary is required with this form.

OATH: I declare under penalty of perjury that the above information given by me is true and correct to the best of my knowledge.

| FLAVIA Baldovinos | Flavia Baldovinos |
|---|---|
| Printed Name of Affiant | Signature of Affiant |

[redacted]

| Affiant's Social Security Number | ✓ Affiant's Date of Birth |
|---|---|

3312 Garden Valley Rd., Tyler TX. 75702
**Address of Affiant** (Number and Street, City, State, and Zip Code)

**Identifying Document Presented:**
☑ Driver's License ☐ Passport ☐ Military ID ☐ Other (specify)

ID Number: 2603 11 35    Place of Issue: Texas

Issue Date (mm/dd/yyyy) 12-12-2016    Expiration Date (mm/dd/yyyy) 5-07-2020

Subscribed and Sworn to (Affirmed) before me this 11 day of September 2018

Myriam Offerrall    at Margate FL. 33063
**Name of Passport Agent, Acceptance Agent, or Notary Public**    **Location** (Passport Agency or City & State)

NOTARIAL SEAL
MYRIAM OFFERRALL
MY COMMISSION # GG 047272
EXPIRES: March 13, 2021
Bonded Thru Notary Public Underwriters

Addendum to Birth Affidavit of Flavia Baldovino Question 8

I arrived in the country in 1974. I am Fidelmar's mother. I arrived in this country to work. I swear that Fidelmar was born here in Florida. I used a midwife to assist with the birth. I did not immediately register the birth of my son because I was scared of being deported. My husband who was already in Mexico registered my son's birth before I registered him here in the United States.

# EXHIBIT 2



# Certificate of Baptism

Church of

ST. THOMAS AQUINAS CATHOLIC CHURCH
1305 East Mann Road
Bartow, Florida 33830-7599

## ❧ This is to Certify ❧

That __Fidelmar Baldovinos__

Child of __Francisco Baldovinos__

and __Flavia Saucedo__

born in __Bartow, Florida__

on the __████__ day of __██████████__ __██████__

was **Baptized**

on the __6th__ day of __April__ __1980__

According to the Rite of the Roman Catholic Church

by the Rev. __Manuel Fernandez__

the Sponsors being __Eugenio Hernandez__

__Lidia Hernandez__

as appears from the Baptismal Register of this Church.

Dated __June 16, 2017__

_____
**Pastor**

NO. 314  F.J. REMEY CO., Inc. MINEOLA, NY

# EXHIBIT 3



United States Department of State

*New Orleans Passport Center*
*44132 Mercure Circle*
*PO Box 1115*
*Sterling, Virginia 20166-1115*

August 6, 2018

Fidelmar Baldovinos
1400 NE 50 Ct Apt 101
Fort Lauderdale, FL 33334

RE: 420627380

Dear Mr. Baldovinos:

This letter is in reference to the passport application signed on November 20, 2017. As evidence of your birth in the United States, you submitted a birth certificate issued by the Florida Bureau of Vital Statistics. The birth certificate indicates you were born on ▇▇▇▇▇▇▇▇▇ in Polk County, Florida. The non-institutional birth record was filed on February 7, 1991.

An individual applying for a U.S. passport has the burden of proving through documentary evidence his or her U.S. citizenship or nationality (22 C.F.R.51.40, 51.41). Due to your record of a non-institutional birth, you were requested to provide supplementary documentation to support your claim of birth in the United States. Although you have submitted additional documentation, the evidence received is not sufficient to establish to the satisfaction of this office that you were born in the United States. Therefore, a U.S. passport may not be issued to you at this time and your application is denied.

Furthermore, there exists a foreign birth record indicating that your birth occurred in San Lucas, Michoacán, Mexico ▇▇▇▇▇▇▇▇▇ and was registered November 1, 1976. The foreign birth certificate predates the delayed Florida birth record.

Under 22 C.F.R. 51.46, Passport Services has the authority to retain any evidence submitted with a passport application when deemed necessary. Since your Florida birth certificate was considered crucial to the passport application, it has been retained. Enclosed are the original secondary documents that you submitted with your passport application and copies of previous letters. By law, the passport execution and application fees are non-refundable. We will consider any evidence you may provide in the future. However, you will need to file a new application, submit all evidence and pay the appropriate fees.

Sincerely,

Customer Service Department
New Orleans Passport Center

Enclosure(s):
Florida HHS Letter of No Record
Previous Letters
Immigration Card for Francisco Valdovinos Torres
Certified Florida high-school transcript
Baptismal Certificate

# EXHIBIT 4



**United States Department of State**

*New Orleans Passport Center*
*44132 Mercure Circle*
*PO Box 1115*
*Sterling, Virginia 20166-1115*

December 14, 2017

Fidelmar Baldovinos
1400 Ne 50Th Ct
Fort Lauderdale, FL 33334

RE: 420627380

Dear Mr. Baldovinos:

Thank you for your recent passport application.

Before we can take further action, you will need to submit additional documentation to further establish your U.S. citizenship. The evidence you submitted is not acceptable for passport purposes because your birth certificate does not sufficiently support your date and place of birth in the United States. Therefore, in accordance with passport regulations, further information is needed to support your claim of birth in the United States.

In order to continue processing your passport application, it will be necessary for you to complete the enclosed DS-5513, Supplemental Questionnaire to Determine Entitlement for a U.S. Passport, and submit a combination of early public records created prior to or at the time of your birth. Examples of such documents include, but are not limited to:

- Records of your mother's medical care prior to and after your birth
- Religious records created near the time of your birth
- Newspaper birth announcement showing your birth
- Older siblings' certified birth certificate if born in the United States
- Older siblings' U.S. school transcripts created prior to, or around the time of, your birth
- Early school transcripts (domestic or foreign)
- U.S. Census Record
- Parents' Border Crossing Card(s) issued near the time of your birth
- Parents' Permanent Resident Card(s) issued prior to your birth
- Parents' foreign passports with visas entry stamp(s) indicating entry into the United States near the time of your birth
- Evidence of your mother's residence in the United States at the time of your birth such as tax records, employment records, and medical records
- Parents' school transcripts showing residence in the United States at the time of your birth
- Any other public documents from state, local, or federal agencies that would support your mother's presence in the United States at the time of your birth

It is helpful for you to submit as many documents as possible. However, not all of these documents are being requested. Please note that the list of documents is only suggestive and that you are encouraged to submit any documents which help demonstrate your presence and/or your mother's presence in the United States at the time of your birth. We will consider any and all information that you submit.

**\*\*Please note, photocopies are not acceptable for passport purposes, only original or certified copies will be considered. Any records submitted will be returned to you.\*\***

We appreciate your assistance in this matter so that we may continue processing your passport application. If we do not receive the requested information **within ninety (90) days of the date shown on this letter;** or the information you submit is insufficient to establish your entitlement to a U.S. passport in accordance with the relevant provisions of Part 51 of Title 22 of the Code of Federal Regulations, your application will be denied and your citizenship evidence will be returned to you. By law, the passport execution and application fees are non-refundable. Any special return postage you requested will be returned or refunded.

If you have any questions regarding this letter or your passport application, contact the National Passport Information Center (NPIC), toll-free, at 1-877-487-2778 (TTY/TDD: 1-888-874-7793). For general passport information, to check the status of your passport application or to enroll in our Smart Traveler Enrollment Program (STEP), please visit us on-line at travel.state.gov.

**PLEASE RETURN A COPY OF THIS LETTER, ALONG WITH ALL REQUESTED INFORMATION TO THE ADDRESS LISTED ABOVE INCLUDING THE +4 ZIP CODE.**

Sincerely,

Program Management

Enclosure(s):
DS-5513, Supplemental Questionnaire to Determine Entitlement for a U.S. Passport

# EXHIBIT 5







# Certificate of Baptism

Church of

ST. THOMAS AQUINAS CATHOLIC CHURCH
1305 East Mann Road
Bartow, Florida 33830-7599

## ⊰ This is to Certify ⊱

That __Fidelmar Baldovinos__

Child of __Francisco Baldovinos__

and __Flavia Saucedo__

born in __Bartow, Florida__

on the ▓▓▓ day of ▓▓▓▓▓ ▓▓▓

was

## Baptized

on the __6th__ day of __April__ __1980__

According to the Rite of the Roman Catholic Church

by the Rev. __Manuel Fernandez__

the Sponsors being __Eugenio Hernandez__

__Lidia Hernandez__

as appears from the Baptismal Register of this Church.

Dated __June 16, 2017__

_F. Fegue Cynтиος SJ3_

Pastor

NO. 314 F.J. REMEY CO., Inc. MINEOLA, NY



STATE OF FLORIDA

DEPARTMENT OF                                                    Bob Graham, Governor

# Health & Rehabilitative Services

P.O. BOX 210                                          JACKSONVILLE, FLORIDA 32231

December 16, 1980

Ms Flavia Valdovinos
P.O. Box 2362
Delray Beach, FL 33444      jh      RE:  Name    Fidelmar Valdovinos

_____ Date of Birth ████████████ _____

A careful search has been made of our records, but failed to locate a birth
certificate for the above named person.  This letter may be used as proof that
the birth is not registered with this office.

If you are interested in filing a delayed birth certificate, please read the
enclosed instructions on the procedure.  Forms are also enclosed for your
convenience in obtaining written records that prove the facts required for a
delayed certificate.  If you need proof of facts of birth for some Federal
agency, we suggest you apply to that agency before attempting to file a delayed
certificate.  They will advise you what proof of birth evidence is needed to
meet the requirements of the laws they are administering.

Sincerely yours,

*Sandra Colley*

Sandra Colley
Assistant Supervisor
Amendment Unit

Enclosures
VS#140                                      Office of Vital Statistics

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER    HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK

## BUREAU of VITAL STATISTICS

**DELAYED**          ## CERTIFICATION OF BIRTH

STATE FILE NUMBER: 109-1976-104117          DATE FILED: February 7, 1991

CHILD'S NAME:          FIDELMAR    BALDOVINOS

DATE OF BIRTH:

SEX:          MALE

COUNTY OF BIRTH:          POLK COUNTY

MOTHER'S NAME:          FLAVIA    SAUCEDO

FATHER'S NAME          FRANCISCO    BALDOVINOS

DATE ISSUED:          May 30, 2017

| DOCUMENT DATE | DOCUMENT NOTES |
|---|---|
| UNKNOWN | TEST/AFFD OF SOFIA TOLEDO SAID CHILD BORN IN BARTOW, POLK CO, FL ON ▓▓▓ AND THAT SHE ASSISTED AND WAS PRESENT AT BIRTH |
| UNKNOWN | TEST/AFFD OF FRANCISCO BALDOVINOS STATING HE IS FATHER OF CHILD BORN AT BARTOW, POLK CO, FL ▓▓▓ AND THAT MOTHER IS FLAVIA SAUCEDO BALDOVINOS |
| UNKNOWN | TEST/AFFD OF FLAVIA BALDOVINOS STATING SHE IS MOTHER OF CHILD BORN AT BARTOW, POLK CO, FL ON ▓▓▓ AND WHO WAS BAPTISED IN 1980 IN CATHOLIC |

CERTIFICATE OF BAPTISM FROM ST THOMAS AQUINAS CATHOLIC CHURCH SHOWING DATE AND PLACE OF CHILD'S BIRTH, AND PARENTS NAMES.

REQ: 2018184115

*Ken Jones*

**State Registrar**

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATER-MARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES PRINTED WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1946 (03-13)

CERTIFICATION OF VITAL RECORD

florida health

*34532983*

VOID IF ALTERED OR ERASED

# EXHIBIT 6



U.S. Department of State
# BIRTH AFFIDAVIT
Attention: Read WARNING INSTRUCTIONS on Page 2

OMB CONTROL NO. 1405-0132
OMB EXPIRATION DATE: 07-31-2020
ESTIMATED BURDEN: 40 MINUTES

<u>PURPOSE</u> A birth affidavit may be submitted (with an application for a U.S. passport) when an acceptable birth certificate cannot be obtained for a person born in the United States. The affidavit must be accompanied by a photocopy of the front and back side of the affiant's identification and, when applicable, a notice from the appropriate authorities indicating that no birth record exists. A birth affidavit may also be submitted in conjunction with other birth records. A birth affidavit must be made by an individual who has personal knowledge of the facts of the applicant's birth in the United States; it is preferred that the affidavit is made by an older blood relative or by the attending physician. The affidavit must be signed in front of a notary, unless it is being submitted to an authorized Passport Agent or Passport Acceptance Agent. The affidavit shall state briefly how the affiant's knowledge was acquired. Requests for copies of this affidavit should be made at the time of execution.

| 1. Name of Applicant Whose Birth in the United States is to be Proved | | 2. Applicant's Sex |
|---|---|---|
| Last Baldovinos | Suffix *(Jr., Sr., III)* | ☑ Male |
| First Fidelmar | Middle | ☐ Female |

| 3. Applicant's Date of Birth | 4. Applicant's Place of Birth *(City and State)* |
|---|---|
| ▬▬▬▬▬▬ | Bartow, Polk County, Florida |

**5. Applicant's Current Home Address**

| Street 3302 Garden Valley Road | | Apartment/Unit |
|---|---|---|
| City Tyler | State Texas | Zip Code 75702 |

| 6. Number of years you have known the applicant | 7. Your relationship to the applicant OR the basis of your knowledge regarding the applicant |
|---|---|
| 42 | Boss of applicant's parents |

8. State all the facts you know about the applicant's birth. The detailed statement should include the date/time/locaton of applicant's birth, individuals present, and any other first-hand knowledge of the event or how you obtained knowledge of the event. List the names of the applicant's birth parents and your relationship to the applicant and/or birth parents. *(Attach a seperate sheet of paper if more space is needed.)*

See attachment

**STOP! YOU MUST SIGN THIS FORM IN FRONT OF A PASSPORT AGENT, ACCEPTANCE AGENT, OR NOTARY PUBLIC.**

NOTE: A clear photocopy of the front and back of the identification you presented to the notary is required with this form.

*OATH: I declare under penalty of perjury that the above information given by me is true and correct to the best of my knowledge.*

JOSE N. YBARRA
**Printed Name of Affiant**

*Jose N. Ybarra*
**Signature of Affiant**

▬▬▬▬▬▬▬▬▬▬▬
**Affiant's Social Security Number**

▬▬▬▬▬▬▬▬▬▬▬
**Affiant's Date of Birth**

2948 N.E. 103 Rd AVE
**Address of Affiant** *(Number and Street, City, State, and Zip Code)*
34974

AMANDA M SUMMERFORD
MY COMMISSION # GG004399
EXPIRES June 21, 2020
(407) 398-0153    FloridaNotaryService.com

**Identifying Document Presented:**    ☑ Driver's License    ☐ Passport    ☐ Military ID    ☐ Other *(specify)* _____

ID Number: Y160-434-45-382-0    Place of Issue: Florida

Issue Date *(mm/dd/yyyy)* 08/25/2011    Expiration Date *(mm/dd/yyyy)* 10/22/2019

Subscribed and Sworn to *(Affirmed)* before me this 15 day of September 2018

*Amanda Summerford*    at Okeechobee, Fl
**Name of Passport Agent, Acceptance Agent, or Notary Public**    **Location** *(Passport Agency or City & State)*

DS-10  07-2017

Addendum to Birth Affidavit of Jose Ybarra Question 8

I am a United States Citizen. I was the employer of both of Fidelmar's parents. I know firsthand that Fidelmar Baldovino was born in this country. I personally baptized him afterwards. He was definitively born here in Florida.

# EXHIBIT 7



U.S. Department of State
# BIRTH AFFIDAVIT
Attention: Read WARNING INSTRUCTIONS on Page 2

OMB CONTROL NO. 1405-0132
OMB EXPIRATION DATE: 07-31-2020
ESTIMATED BURDEN: 40 MINUTES

<u>PURPOSE</u> A birth affidavit may be submitted (with an application for a U.S. passport) when an acceptable birth certificate cannot be obtained for a person born in the United States. The affidavit must be accompanied by a photocopy of the front and back side of the affiant's identification and, when applicable, a notice from the appropriate authorities indicating that no birth record exists. A birth affidavit may also be submitted in conjunction with other birth records. A birth affidavit must be made by an individual who has personal knowledge of the facts of the applicant's birth in the United States. It is preferred that the affidavit is made by an older blood relative or by the attending physician. The affidavit must be signed in front of a notary, unless it is being submitted to an authorized Passport Agent or Passport Acceptance Agent. The affidavit shall state briefly how the affiant's knowledge was acquired. Requests for copies of this affidavit should be made at the time of execution.

| 1. Name of Applicant Whose Birth in the United States is to Be Proved | | 2. Applicant's Sex |
|---|---|---|
| Last  Baldovinos | Suffix *(Jr.,Sr.,III)* | ☑ Male |
| First  Fidelmar | Middle | ☐ Female |

| 3. Applicant's Date of Birth | 4. Applicant's Place of Birth *(City and State)* |
|---|---|
| ▓▓▓▓▓▓▓▓▓ | Bartow, Polk County, Florida |

**5. Applicant's Current Home Address**

| Street  3302 Garden Valley Road | | Apartment/Unit |
|---|---|---|
| City  Tyler | State  Texas | Zip Code  75702 |

| 6. Number of years you have known the applicant | 7. Your relationship to the applicant **OR** the basis of your knowledge regarding the applicant |
|---|---|
| 42 | friend of applicant's mother |

**8. State all the facts you know about the applicant's birth.** The detailed statement should include the date/time/location of applicant's birth, individuals present, and any other first-hand knowledge of the event or how you obtained knowledge of the event. List the names of the applicant's birth parents and your relationship to the applicant and/or birth parents. *(Attach a seperate sheet of paper if more space is needed.)*

See attachment

**STOP! YOU MUST SIGN THIS FORM IN FRONT OF A PASSPORT AGENT, ACCEPTANCE AGENT, OR NOTARY PUBLIC.**

NOTE: A clear photocopy of the front and back of the identification you presented to the notary is required with this form.

*OATH: I declare under penalty of perjury that the above information given by me is true and correct to the best of my knowledge.*

| Gloria Rodriguez | *Gloria Rodriguez* |
|---|---|
| **Printed Name of Affiant** | **Signature of Affiant** |
| ▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓ |
| **Affiant's Social Security Number** | **Affiant's Date of Birth** |

1059 SW Liberty Ave Port St Lucie FL 34953
**Address of Affiant** *(Number and Street, City, State, and Zip Code)*

NOTARY
SEAL
RICHARD A. STEIN
MY COMMISSION # FF 221446
EXPIRES: May 7, 2019
Bonded Thru Budget Notary Services

**Identifying Document Presented:**    ☑ Driver's License    ☐ Passport    ☐ Military ID    ☐ Other *(specify)*

ID Number: 23628062680    Place of Issue: FL

Issue Date *(mm/dd/yyyy)* 11/6/2020    Expiration Date *(mm/dd/yyyy)*

Subscribed and Sworn to (Affirmed) before me this 15 day of Sept 2018

Richard Stein                at Port Lucie, FL

**Name of Passport Agent, Acceptance Agent, or Notary Public**    **Location** *(Passport Agency or City & State)*

DS-10  07-2017

Page 1 of 2

## Addendum to Birth Affidavit of Gloria Rodriguez Question 8

I arrived in the country in 1979. I knew Fidelmar's mother, Flavia Baldovino before he was born. When I arrived in the country he was already born. I can swear that in the year 1976 when Fidelmar was born, Flavia Baldovinos was present in the United States.